No. 2173. PIOVANETTI ET AL., APPELLEES, *v.* PAZ ET AL., APPELLANTS.—Mandamus. Ponce. June 24, 1920. *Reconsideration denied.*

No. 182. STUBBE ET AL., PETITIONERS, *v.* ROSSY, DISTRICT JUDGE, RESPONDENT.—Mandamus. San Juan. June 24, 1920. *Withdrawn.*

No. 1540. PEOPLE, APPELLEE, *v.* SOLÍS ET AL., APPELLANTS.— Public justice. Guayama. June 24, 1920. *Affirmed.*

No. 1539. PEOPLE, APPELLEE, *v.* ROSA, APPELLANT.—Violation of Internal Revenue Law. Guayama. June 24, 1920. *Affirmed.*

No. 1538. PEOPLE, APPELLEE, *v.* CÁCERES, APPELLANT.— Riot. Mayagüez. June 25, 1920. *Affirmed.*

No. 299. MARTÍNEZ, PETITIONER, *v.* CROSAS, DISTRICT JUDGE, RESPONDENT.—Certiorari. Aguadilla. June 28, 1920. *Denied.*

No. 1542. PEOPLE, APPELLEE, *v.* GEIGEL, APPELLANT.—Violation of Internal Revenue Law. Aguadilla. June 28, 1920. *Reversed.*

No. 1473. PEOPLE, APPELLEE, *v.* OLIVERAS, APPELLANT.— Violation of Treasury Regulations. Arecibo. June 28, 1920. *Affirmed.*

No. 1531. PEOPLE, APPELLEE, *v.* TILLERO, APPELLANT.— Larceny. Mayagüez. June 28, 1920. *Affirmed.*